

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2020

No. 04-19-00359-CR

Laura Flores **MESSICK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11174
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Patricia O. Alvarez, Justice
             Liza A. Rodriguez, Justice

Appellant was convicted of murder, and the trial court appointed appellate counsel. On appeal, appointed counsel filed an *Anders* brief, and Appellant filed a pro se brief in response. We issued a memorandum opinion on July 29, 2020, affirming Appellant's conviction. On August 28, 2020, Appellant filed a subsequent brief with this court, which was addressed in the caption to the Court of Criminal Appeals. Based on the record and Appellant's pro se filing, it is unclear what her intent was.

We construe Appellant's August 28, 2020 filing as a motion for rehearing. However, a motion for rehearing was due on August 13, 2020. *See* TEX. R. APP. P. 49.1. Appellant did not file a motion for extension of time, and we cannot imply one. *See id*. R. 49.8; *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). Furthermore, our plenary power over the judgment expired on September 27, 2020. *See* Tex. R. App. P. 19.1(a). Accordingly, we DENY Appellant's August 28, 2020 motion for rehearing as untimely.

If Appellant desires to file a petition for discretionary review with the Texas Court of Criminal Appeals, Appellant must comply with Rule 68 of the Texas Rules of Appellate Procedure. *See id*. R. 68. The petition should be addressed to Clerk of the Court of Criminal Appeals, P.O. Box 12308, Austin, Texas 78711.



Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2020.

MICHAEL A. CRUZ,
Clerk of Court